# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA CLEVELAND-HAYES, | ) Case No.: 1:13-cv-00962 - JLT |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | ) |
| COMMISSION OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Ana Cleveland-Hayes ("Plaintiff") seeks judicial review the administrative decision denying her application for Social Security benefits. (Doc. 1). Because Plaintiff is proceeding *in forma pauperis*, the Court screened her complaint and approved it for service on July 1, 2013. (Doc. 3). In addition, the Court issued Social Security Case Documents and ordered Plaintiff to complete and submit to the Court the "Notice of Submission of Documents in Social Security Appeal Form." *Id.* at 3.

On July 29, 2013, Plaintiff filed a motion for an extension of time to complete and return the documents to the Court, asserting that she has been unable to complete the information as she is away from home with her husband who is undergoing medical treatments. (Doc. 6). In addition, Plaintiff asserts she is requesting an extension because she is "in the process of retaining an attorney and he needs time to review [her] case." *Id.*

///

///

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion for an extension of time is **GRANTED**;
2. Plaintiff SHALL complete and return the "Notice of Submission of Documents in Social Security Appeal Form" on or before **September 13, 2013**.

IT IS SO ORDERED.

Dated:   **July 30, 2013**                            /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE