BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANA M. CLEVELAND-HAYES,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:13-cv-00962-JLT<br><br>**STIPULATION AND PROPOSED ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case  pursuant to *sentence six* of 42 U.S.C. § 405(g).

    Defendant's Office of Disability Adjudication and Review (ODAR) has requested remand because it is unable to locate a portion of the record, and therefore is unable to create a certified administrative record.  Upon remand, if the missing documents can be located in a reasonable amount of time, ODAR will prepare the certified administrative record.  If the documents cannot be located, the Appeals Council will remand the case to an ALJ to reconstruct the administrative record, hold a *de novo* hearing, and issue a new decision.

As noted, this stipulation constitutes a remand under the *sixth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Date: <u>March 25, 2014</u>                Law Office of Jonathan O. Pena

By:   <u>/s/ Jonathan Omar Pena*</u>
      JONATHAN OMAR PENA
      *By email authorization

      Attorney for Plaintiff

      BENJAMIN B. WAGNER
      United States Attorney
      DONNA L. CALVERT
      Acting Regional Chief Counsel, Region IX,
      Social Security Administration

By:   <u>*/s/ Paul Sachelari*</u>
      PAUL SACHELARI
      Special Assistant United States Attorney
      Attorneys for Defendant

<u>ORDER</u>

Pursuant to the stipulation, the matter is **ORDERED** remanded pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

   Dated:   **March 25, 2014**                **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

Stip. Remand Sen. Six; 1:13-cv-00962-JLT        -2-